UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DARRIN ORTEGA,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

Case No. 6:22-cv-2412-RMN

# ORDER

The following Motion was considered without oral argument:

| | |
|---|---|
| **MOTION:** | Defendant's Unopposed Motion for Entry of Judgment and Remand (Dkt. 18) |
| **FILED:** | April 3, 2023 |
| It is **ORDERED** that the Motion (Dkt. 18) is **GRANTED**. | |

On April 3, 2023, the Commissioner of Social Security (the "Commissioner") filed an "Unopposed Motion for Entry of Judgment with Remand" ("Motion"), requesting that the decision of the Commissioner be reversed and remanded for the following reason: "On remand, the Commissioner will further evaluate Plaintiff's residual functional capacity; obtain supplemental vocational expert testimony

and issue a new decision." Dkt. 18. The Motion is unopposed. *Id.*

Based on the foregoing, it is **ORDERED** that

1. The Motion (Dkt. 18) is **GRANTED**;

2. This matter is **REVERSED** and **REMANDED** to the Commissioner for further proceedings under sentence four of 42 U.S.C. § 405(g); and

3. The Clerk is directed to enter a separate judgment in favor of Plaintiff and to close the case.

**DONE** and **ORDERED** in Orlando, Florida on April 5, 2023.

_____
ROBERT M. NORWAY
*United States Magistrate Judge*

Copies to:

Counsel of Record